**The below described is SIGNED.**

(ts)

**Dated: April 28, 2011**

_William J. Thurman_
**WILLIAM T. THURMAN**
**U.S. Bankruptcy Chief Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| In re:<br><br>RONALD F. BAILEY<br>MARY LYNN BAILEY<br><br>Debtors. | Case No. 10-32980<br>Chapter 13<br>Judge William T. Thurman<br>(Confirmation Hearing: *04/18/11 at 9:30 AM*) |
|---|---|

## ORDER CONTINUING CONFIRMATION HEARING
## FOLLOWING CONTESTED CONFIRMATION HEARING

A hearing on confirmation of the Chapter 13 plan came before this Court on *04/18/11 at 9:30 AM*. Kevin R. Anderson, Chapter 13 Trustee, appeared personally or by counsel and other parties, if any, made their appearances on the record. Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

1. The hearing on confirmation is continued to August 24, 2011, at 10:00 AM.

IT IS FURTHER ORDERED that, if the following conditions are not satisfied within the time limits set forth below, confirmation of the Debtors' plan may be denied and the case may be dismissed without further notice and hearing:

1. The Debtors shall cure the delinquency in Plan payments totaling $1,098.00 on or before May 25, 2011, **and** be current on any plan payments accruing on or before this date.

2. Any amendments to objections to claims must be filed on or before April 28, 2011.

3. The Debtors must notice out the hearing date for objections to proof of claims for Construction Capital Lending and US Bank National Association on or before April 28, 2011.

4. Discovery time for the proof of claims is hereby shortened to 20 days per side.

**END OF DOCUMENT**



# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order was served by ECF (as indicated below) or addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid, on the 19th day of April 2011. Pursuant to Rule 9021-(c), Local Rules of Practice of the United States Bankruptcy Court for the District of Utah, persons who appeared at the hearing, and who have not otherwise approved the Order, shall have eight (8) days from the date of service to file an objection to the form of the Order. If an objection is not timely filed, the Order shall be deemed approved, and the Court may enter the Order.

Brian W. Steffensen
ECF NOTIFICATION

US BANK NATIONAL ASSOCIATION
C/O STEVEN T. WATERMAN
DORSEY & WHITNEY LLP
136 S MAIN ST #1000
SALT LAKE CITY, UT 84101-1685

CONSTRUCTION CAPITAL LENDING
C/O MORGAN L. CUMMINGS
HANSEN, WRIGHT, EDDY & HAWS P.C.
233 S PLEASANT GROVE BLVD ST 202
PLEASANT GROVE, UT 84062

_____/s/_____
Office Chapter 13 Trustee

**COURT SERVICE LIST**

KEVIN R. ANDERSON
STANDING CHAPTER 13 TRUSTEE
ECF NOTIFICATION

Brian W. Steffensen
ECF NOTFICATION

RONALD F. BAILEY
MARY LYNN BAILEY
9909 S MUMFORD
SANDY, UT 84094

US BANK NATIONAL ASSOCIATION
C/O STEVEN T. WATERMAN
DORSEY & WHITNEY LLP
136 S MAIN ST #1000
SALT LAKE CITY, UT 84101-1685

CONSTRUCTION CAPITAL LENDING
C/O MORGAN L. CUMMINGS
HANSEN, WRIGHT, EDDY & HAWS P.C.
233 S PLEASANT GROVE BLVD ST 202
PLEASANT GROVE, UT 84062