Kevin R. Anderson (4786)
Jocelyn J. Rick (9508)
Kellie K. Nielsen (11416)
Tami Gadd-Willardson (12517)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| IN RE:<br>RONALD F. BAILEY<br>MARY LYNN BAILEY<br><br>　　　　　Debtors | CASE NO: 10-32980<br><br>Chapter 13<br><br>JUDGE WILLIAM T. THURMAN |
|---|---|

### TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION

KEVIN R. ANDERSON, Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

　　1. The following creditor objection(s) remain unresolved:  Construction Capital Lending and US Bank.

　　2. The Trustee's objection to an exemption claimed on Schedule C remains unresolved.  The Trustee requests a ruling from the court on this issue.

　　3. The Debtors filed an amended Plan but did not file the Notice of Amended Plan required by the Court that summarizes the changes to the Plan and, if appropriate, setting a new deadline for creditors to object.

　　4. The Debtors have reduced their social security income on their amended Schedule I.  The Trustee requests verification of the reduced income.

    5.  The Trustee requests an explanation as to the Debtors' intent regarding the claim objection on the 2010 Toyota Rav4.  The Trustee also requests an explanation as to the Debtors' intentions regarding the treatment of any claim secured by the residence.

    6.  The Trustee an update regarding:  Are all creditor objections to Schedule J resolved?

    THEREFORE, the Trustee has an ongoing objection to the confirmation

DATED: October 20, 2011

           KRA /s/
           Kevin R. Anderson, Esq.
           Standing Chapter 13 Trustee

## CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on October 20, 2011:

Brian W. Steffensen, 448 East 400 South, Suite 100, Salt Lake City, UT  84111